UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00300-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FLOYD MOOSBURGER,

      Defendant,

and

JOE'S TOWING & RECOVERY,

      Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee JOE'S TOWING & RECOVERY, shall, each pay period, pay 25% of Defendant's disposable wages, less any amount paid pursuant to a pre-existing Department of Education garnishment, to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated: 6-2-2008

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE